THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LI "DAVID" YI, individually and derivatively in his capacity as a member of WU LIAO, LLC,<br><br>         Plaintiff,<br>v.<br><br>CALEB WANG and JENNIFER LIAO,<br><br>         Defendants,<br><br>WU LIAO, LLC,<br><br>         Nominal Defendant. | Case No.: 2:23-cv-00941-RSM<br><br>**STIPULATED MOTION AND ORDER TO MODIFY BRIEFING AND INITIAL SCHEDULING DEADLINES**<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>August 2, 2023 |

**STIPULATED MOTION**

Plaintiff Li "David" Yi ("Plaintiff"), Defendants Caleb Wang and Jennifer Liao (collectively, "Defendants"), and Nominal Defendant Wu Liao, LLC ("Wu Liao") (foregoing collectively, "parties") hereby stipulate to (1) extend the briefing schedule on Defendants' and Nominal Defendant's Motion to Stay Discovery Pending Decision on Motions to Dismiss ("Motion to Stay") and (2) modify the court-ordered initial scheduling deadlines. ECF Nos. 7, 16.

On June 23, 2023, Plaintiff filed this lawsuit. ECF No. 1. Because Defendants and Wu Liao agreed to waive service at Plaintiff's request, Defendants' and Wu Liao's time to respond to the Complaint was extended to August 25, 2023. *See* ECF Nos. 8-10.

On July 7, 2023, the Court entered an Order setting the deadlines for the Rule 26(f) Conference on August 4, 2023, the Initial Disclosures on August 11, 2023, and the Combined Joint Status Report and Discovery Plan on August 18, 2023. ECF. No. 7.

After the parties met and conferred but could not agree on a discovery stay, on July 27,

2023, Defendants and Wu Liao filed the Motion to Stay. Plaintiff's response to that motion is due on August 2, 2023, and Defendants and Wu Liao's reply is due on August 4, 2023.

The parties have further met and conferred as to the initial scheduling deadlines and the briefing schedule on the Motion to Stay and now jointly and respectfully request that the Court approve the following schedule:

1. Plaintiff shall file his response to the Motion to Stay by August 4, 2023. Defendants and Wu Liao shall file their reply in support of the Motion to Stay by August 8, 2023.

2. The Motion to Stay is re-noted from August 4, 2023 to August 8, 2023.

3. The initial scheduling deadlines are reset as follows:

| Deadline for FRCP 26(f) Conference | September 5, 2023 |
|---|---|
| Initial Disclosures | September 12, 2023 |
| Combined Joint Status Report and Discovery Plan | September 19, 2023 |

4. The parties reserve the right to request additional time modifications in this case.

Dated: August 2, 2023

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Y. Monica Chan
Y. Monica Chan, WSBA No. 58900

Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511
Email:        bbuckley@fenwick.com
                  mchan@fenwick.com

Catherine Kevane (admitted *pro hac vice*)
Justin Stacy (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350
Email:        ckevane@fenwick.com
                  jstacy@fenwick.com

*Attorneys for Defendants Caleb Wang and Jennifer Liao and Nominal Defendant Wu Liao LLC*

Dated:  August 2, 2023

Respectfully submitted,

COTCHETT, PITRE & McCARTHY, LLP

By: <u>*/s/ Karin B. Swope*</u>
    Karin B. Swope, WSBA No. 24015

Galen K. Cheney, WSBA No. 56023
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone:  206.802.1272
Email:      kswope@cpmlegal.com
             gcheney@cpmlegal.com

Joseph T. Gallagher (admitted *pro hac vice*)
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Telephone:  212.397.3370
Email:      jgallapher@hs-law.com

*Attorneys for Plaintiff Li "David" Yi*

## ORDER

Pursuant to the Parties' Stipulated Motion to Modify Briefing and Initial Scheduling Deadlines, it is HEREBY ORDERED that the briefing deadline on the pending Motion to Stay Discovery Pending Decision on Motions to Dismiss (ECF No. 16, "Motion to Stay") and the initial scheduling deadlines be extended as shown below:

| Event | Former Deadline | Operative Deadline |
| --- | --- | --- |
| Plaintiff's response to Motion to Stay | August 2, 2023 | August 4, 2023 |
| Defendants and Nominal Defendant's reply in support of Motion to Stay | August 4, 2023 | August 8, 2023 |
| Deadline for FRCP 26(f) Conference | August 4, 2023 | September 5, 2023 |
| Initial Disclosures | August 11, 2023 | September 12, 2023 |
| Combined Joint Status Report and Discovery Plan | August 18, 2023 | September 19, 2023 |

**IT IS HEREBY ORDERED.**

DATED this 3rd day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: /s/ Y. Monica Chan
    Y. Monica Chan, WSBA No. 58900

    401 Union Street, 5th Floor
    Seattle, WA  98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511
    Email: mchan@fenwick.com

*Counsel for Defendants Caleb Wang and Jennifer Liao and Nominal Defendant Wu Liao, LLC*