1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LI "DAVID" YI, individually and derivatively in his capacity as a member of WU LIAO, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CALEB WANG and JENNIFER LIAO,<br><br>*Defendants,*<br><br>and<br><br>WU LIAO, LLC,<br><br>*Nominal Defendant* | CASE NO. 23-CV-00941-RSM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLAINTIFF'S NOTCE OF
VOLUNTARY DISMISSAL
(Case No. 23-CV-00941-RSM)

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577

PLEASE TAKE NOTICE that Plaintiff Li "David" Yi, individually and derivatively in his capacity as a member of WU LIAO, LLC, files this Notice of Voluntary Dismissal of his claims against Defendants Caleb Wang and Jennifer Liao, and WU LIAO, LLC, Nominal Defendant ("Defendants"), **without prejudice**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  This Notice of Voluntary Dismissal is filed with the Court before Defendant's service of either an answer or a motion for summary judgment.

DATED:       August 8, 2023
                     Seattle,  Washington

Respectfully submitted:

*/s/ Karin B. Swope*
KARIN B. SWOPE
Karin B. Swope (WSBA # 24015)
kswope@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272

*/s/ Joseph T. Gallagher*
JOSEPH T. GALLAGHER
Joseph T. Gallagher (*pro hac vice*)
jgallagher@hs-law.com
**HARRIS ST. LAURENT & WECHSLER LLP**
40 Wall Street, 53rd Floor
New York, NY 10005
T: (212) 397-3370

*Attorneys for Plaintiff Li "David" Yi*

PLAINTIFF'S NOTCE OF VOLUNTARY DISMISSAL ON MOTION TO DISMISS
(Case No. 23-CV-00941-RSM)

1

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577